409 Joyce Kilmer Ave, Ste 211
New Brunswick, NJ 08901
www.jcamiloesq.com

Tel: 732.640.0606
Fax: 732.640.0607
jcamiloesq@gmail.com

LAW OFFICES OF JASON SCOTT CAMILO, LLC

July 16, 2026

The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: ***Aceituno Chavez v. Blanche, et al.*, No. 26-08582 (MCA)**
**Unopposed Request to Extend Time to File Reply**

Dear Judge Arleo,

Petitioner respectfully requests he be given an additional three (3) days in which to file a Reply, to on or before Monday, July 19, 2026. Petitioner's Reply is due before the end of today pursuant to this Court's Order dated July 12, 2026 (ECF No. 4). Counsel for Respondents consents to the request.

The reason for the instant request is that Petitioner was not given a copy of Expedited Answer until about an hour and a half ago earlier today, and apparently is still missing one exhibit. Respondents filed the Expedited Answer under seal, and Petitioner's Counsel is for some reason unable to view the documents on PACER. Counsels have been trying to coordinate how to receive the filing, and the majority of the documents have now been received by Petitioner's Counsel.

Petitioner thanks the Court for the prompt attention the Court has shown towards this matter.

Respectfully Submitted,

*/s/ Jason Scott Camilo, Esq.* Dated: July 16, 2026
Attorney for Petitioner

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 7/17/26

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, a true and correct copy of the foregoing document and attachments were filed electronically with the Court's CM/ECF system and has been sent to counsel of record via the CM/ECF filing system.

*/s/ Jason Scott Camilo, Esq.* Dated: July 16, 2026
Law Offices of Jason Scott Camilo, LLC
409 Joyce Kilmer Avenue, Suite 211
New Brunswick, NJ 08901
T: 732.640.0606; F: 732.640.0607
jcamiloesq@gmail.com
Attorney for Petitioner