**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      *Main:  (973) 645-2700*
*Newark, New Jersey 07102*      *Direct: (973) 297-2029*
*christopher.stratigeas@usdoj.gov*

July 30, 2026

<u>**Via Electronic Filing**</u>
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    ***Aceituno Chavez v. Blanche, et al.*, No. 26-08582 (MCA);**
>         **Petitioner's Bond Hearing Before an Immigration Judge.**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement pursuant to 8 U.S.C. § 1225(b)(2).  In accordance with Your Honor's July 23, 2026 Text Order (ECF No. 10), we respectfully write to inform the Court that on July 28, 2026, the Elizabeth Immigration Court conducted a custody redetermination hearing concerning Petitioner pursuant to 8 U.S.C. § 1226(a), 8 C.F.R. § 1236.  The Elizabeth Immigration Court denied Petitioner's request for a change in custody status upon finding Petitioner is a"danger to the community[.]" Ex. 1 at 1 (July 28, 2026 Order of the Immigration Judge).  Respondents respectfully request the Court close this case and lift the order enjoining Petitioner's transfer.

Thank you very much for your consideration of this matter.

Hon. Madeline Cox Arleo, U.S.D.J.
July 30, 2026
Page 2

                                 Respectfully submitted,

                                   ROBERT FRAZER
                                   United States Attorney

                                   *s/ Christopher J. Stratigeas*
                                   Christopher J. Stratigeas
                                   Assistant U. S. Attorney
                                   *Attorneys for Respondents*

cc:    All Counsel of Record (*via electronic filing*)

Encls.

                                   SO ORDERED

                                   *s/Madeline Cox Arleo*
                                   MADELINE COX ARLEO, U.S.D.J.

                                   Date:   8/14/26